UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHERYL J. KISER,

    Plaintiff,

                                     Civil No. 07-6013-HA

    v.

                                     JUDGMENT

COMMISSIONER, Social Security
Administration,

    Defendant.

Based on the record,

IT IS ORDERED AND ADJUDGED that this case is DISMISSED with prejudice for want of prosecution.

Dated this  23  day of October, 2008.

                                          /s/ ANCER L. HAGGERTY
                                            ANCER L. HAGGERTY
                                      UNITED STATES DISTRICT JUDGE